## Alexander Unemployment Compensation Case.

Argued June 10, 1970. *Lois J. Alexander,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, and *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

## Bandy Appeal.

Submitted June 11, 1970. *Miriam L. Gafni* and *Paula S. Gold,* Assistant Defenders, and *Vincent J. Ziccardi,* Acting Defender, for appellants; no oral argument was made nor brief submitted for appellee.

Order affirmed.